IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAJESH MAHBUBANI, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 2:22-cv-536-ECM |
| | ) |
| ALAN COHEN, | ) |
| | ) |
|    Respondent. | ) |

**O R D E R**

On March 26, 2025, the Magistrate Judge entered a Recommendation (doc. 16) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 16) is ADOPTED, and this case is DISMISSED without prejudice as moot. It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 29th day of May, 2025.

                                             /s/ Emily C. Marks
                                            EMILY C. MARKS
                                            CHIEF UNITED STATES DISTRICT JUDGE